# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRUDY FERRELL, Individually and as Personal Representative of the Estate of GREGORY FERRELL, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-15-404-D |
| BGF GLOBAL, LLC; BLITZ EXPRESS, LLC; TRAFFIC & LIGHTING SYSTEMS, LLC; LAWRENCE DILDINE, Individually; HALLMARK FINANCIAL SERVICES, INC., d/b/a HALLMARK COUNTY MUTUAL INSURANCE COMPANY and d/b/a HALLMARK SPECIALTY INSURANCE COMPANY, a Foreign Corporation; and ILLINOIS NATIONAL INSURANCE COMPANY, a Foreign Corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On April 16, 2015, Defendants BGF Global, LLC, Lawrence Dildine and Hallmark Specialty Insurance Company and/or Hallmark County Mutual Insurance Company filed their Notice of Removal [Doc. No. 1]. Pursuant to LCvR 7.1.1, Defendant BGF Global, LLC was required "concurrently with its first filing in this case" to file a disclosure statement identifying the LLC's members and "affirmatively stat[ing] whether any of the members or partners are citizens of the adversary's alleged state of citizenship." *Id*. *See also Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, – F.3d –, 2015 WL 1430335 at *4 (10th Cir. March 31, 2015) (for publication) (joining "all other circuits that have considered the matter" and holding that a limited liability company " takes

the citizenship of all its members" for purposes of establishing diversity of citizenship under 28 U.S.C. § 1332). To date, BGF Global, LLC has failed to comply with LCvR 7.1.1.[1]

In addition, pursuant to Fed. R. Civ. P. 7.1, Defendant Hallmark Specialty Insurance Company and/or Hallmark Mutual Insurance Company was required to file with the Notice of Removal and first appearance a disclosure statement " identif[ying] any parent corporation and any publicly held corporation owning 10% or more of its stock" or "stat[ing] that there is no such corporation." Fed. R. Civ. P. 7.1(a)(1)-(2). To date, Hallmark Specialty Insurance Company and/or Hallmark Mutual Insurance Company has failed to comply with Fed. R. Civ. P. 7.1.

IT IS THEREFORE ORDERED that Defendant BGF Global, LLC shall file its disclosure statement in accordance with LcvR 7.1.1 and Defendant Hallmark Specialty Insurance Company and/or Hallmark Mutual Insurance Company shall file its disclosure statement in accordance with Fed. R. Civ. P. 7.1 within seven (7) days of the date of this Order.

IT IS SO ORDERED this 21st day of April, 2015.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] The Notice of Removal states that BGF Global, LLC is a citizen of Texas for purposes of diversity jurisdiction. *See* Notice at p. 5. But the Notice is deficient in that it fails to identify any member(s) of the LLC or the citizenship of any member(s).